# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

April 24, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 27 2012

BY EMAIL

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**United States v. Joel Jesus Morillo: S1 10 Cr. 664 (KBF)**

Dear Judge Forrest:

    We represent Joel Jesus Morillo in the above-captioned case. In order to allow for full and complete sentencing submissions by both Mr. Morillo and the Government, we respectfully request that Mr. Morillo's sentencing, which is currently scheduled to be held on May 11, 2012 at 2:00 pm, be adjourned until after the sentencing of Alfredo Rivera, at whose trial Mr. Morillo testified for the Government, in the matter of *United States v. Alfredo Rivera*, S1 10 Cr. 316 (KBF). Mr. Rivera is scheduled to be sentenced on May 18, 2012. We propose a new sentencing date for Mr. Morillo of June 8, 2012, with Mr. Morillo's sentencing submission to be due on May 25, 2012 and the Government's submission to be due on June 1, 2012, in accordance with the sequence and time intervals set out in the scheduling Order dated February 29, 2012 and the Court's Individual Rules for Sentencing Proceedings. I have discussed this request with Assistant United States Attorney, Brian Jacobs, and the Government has no objection.

Respectfully submitted,
John C. Dockery

By: /s John C. Dockery
John C. Dockery
Debevoise & Plimpton LLP
(212) 909-6896

[Handwritten annotations:
Defense Submissions due 6/14/12
Government Submissions due 6/21/12

Sentencing adjourned to 6/28/12 at 2:30 pm.

K. B. Forrest
4/27/12  USDJ]

cc:  Brian Jacobs, Assistant United States Attorney (By Email)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai