# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

June 6, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 8 2012

BY EMAIL

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**United States v. Joel Jesus Morillo: S1 10 Cr. 664 (KBF)**

Dear Judge Forrest:

   We represent Joel Jesus Morillo in the above-captioned case and are writing to request an adjournment of his sentencing date, which is currently set for June 28, 2012. On April 27, 2012, the Court granted the first request for adjournment to allow for sentencing submissions to be submitted after the sentencing of Alfredo Rivera, at whose trial Mr. Morillo testified for the Government in the matter of *United States v. Alfredo Rivera*, S1 10 Cr. 316 (KBF). In light of the adjournment of Mr. Rivera's sentencing date to June 27, 2012, we request that Mr. Morillo's sentencing date, and the related deadlines for submissions, be further adjourned until Mr. Rivera's sentencing is complete.

   We propose a new sentencing date for Mr. Morillo of July 20, 2012, with Mr. Morillo's sentencing submission to be due on July 6, 2012 and the Government's submission to be due on July 13, 2012, in accordance with the sequence and time intervals set out in the scheduling Order dated February 29, 2012 and the Court's Individual Rules for Sentencing Proceedings. I have discussed this request with Assistant United States Attorney, Brian Jacobs, and the Government has no objection.

                                                    Respectfully submitted,
                                                    John C. Dockery

                                                    By: /s John C. Dockery
                                                    John C. Dockery
                                                    Debevoise & Plimpton LLP
                                                    (212) 909-6896

cc:    Brian Jacobs, Assistant United States Attorney (By Email)

*[Handwritten annotation:]* Denied. June 28 follows June 27. You can make any additional arguments orally.

6/7/12  K.B. Forrest
              USDJ

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai