USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :       Order

    -v.-                        :       S1 10 Cr. 664 (KBF)

JOEL JESUS MORILLO,              :

    Defendant.                  :

- - - - - - - - - - - - - - - - - - - - x

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 21, 2010;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         June 26, 2012

                                                              _____
                                                              THE HONORABLE KATHERINE B. FORREST
                                                              UNITED STATES DISTRICT JUDGE