USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 29 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                      :

UNITED STATES OF AMERICA        CONSENT ORDER OF
                                  :        FORFEITURE
       -v.-
                                  :        S1 10 Cr. 664 (KBF)

JOEL JESUS MORILLO,
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about January 26, 2012, JOEL JESUS MORILLO (the "defendant"), was charged in a one-count Superseding Information, S1 10 Cr. 664 (KBF) (the "Information") with conspiracy to violate Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 846 (Count One);

        WHEREAS, the Information included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of the Information;

        WHEREAS, on or about January 26, 2012, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, admitted the forfeiture allegation, and agreed to forfeit a sum of money equal to $300,000 in United

States currency, representing the amount of proceeds obtained as a result of the offense charged in Count One; and

WHEREAS, the defendant consents to the imposition of a money judgment in the amount of $300,000 in United States currency, representing the proceeds obtained as a result of the offense charged in Count One;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney, Preet Bharara, United States Attorney, Assistant United States Attorney Brian A. Jacobs, of counsel, and the defendant, and his counsel, Andrew J. Ceresney, Esq. that:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $300,000 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Order of Forfeiture, this Order is final as to the defendant, JOEL JESUS MORILLO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of

8. The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____     6/28/12
    BRIAN A. JACOBS                   DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2512


JOEL JESUS MORILLO, DEFENDANT

By: _____     6 28 12
    JOEL JESUS MORILLO                DATE

By: _____     6/28/12
    ANDREW J. CERESNEY, ESQ.          DATE
    JOHN DOCKERY, ESQ.
    Attorneys for Defendant
    919 Third Avenue, 31st Floor
    New York, NY 10022


SO ORDERED:

_____     6/29/12
HONORABLE KATHERINE B. FORREST   DATE
UNITED STATES DISTRICT JUDGE

4