Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

U.S. DISTRICT COURT
FILED
JUL 10 2012
D.S.
S.D. OF N.Y.

Caption:
United States of America v.

Joel Jesus Morillo

Docket No.: S1 10-CR-664-01 (KBF)
Hon. Katherine B. Forrest
(District Court Judge)

Notice is hereby given that **Joel Jesus Morillo** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)
entered in this action on **June 29, 2012**
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: **June 29, 2012**  N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ]  If yes, provide the following information:

Defendant's Counsel:   Andrew J. Ceresney
Counsel's Address:     Debevoise & Plimpton LLP
                       919 Third Avenue, New York, NY 10022
Counsel's Phone:       (212) 909-6000

Assistant U.S. Attorney:  Brian Jacobs
AUSA's Address:           One Saint Andrew's Plaza
                          New York, NY 10007
AUSA's Phone:             (212) 637-2512

_____
Signature

## CERTIFICATE OF SERVICE

I, William C. Weeks, an attorney at law in the State of New York and an associate at the law firm of Debevoise & Plimpton LLP, attorneys for defendant Joel Jesus Morillo, certify:

I am over eighteen (18) years of age. On July 10, 2012, I caused to be served a copy of the Notice of Appeal and Criminal Appeal Transcript Information Form of Joel Jesus Morillo by United States Mail on the Government at the following address:

Brian Jacobs, Esq.
Assistant United States Attorney
Office of the United States Attorney
  for the Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 10, 2012

_____
William C. Weeks

23699457v1