CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America                                                     v.

Joel Jesus Morillo

**DOCKET NUMBER:** S1 10-CR-664-01 (KBF)

**COUNSEL'S NAME:** Andrew J. Ceresney

**COUNSEL'S ADDRESS:** Debevoise & Plimpton LLP

919 Third Avenue, New York, NY 10022

**COUNSEL'S PHONE:** (212) 909-6000

*[U.S. DISTRICT COURT FILED JUL 10 2012 D.S. S.D. OF N.Y. stamp]*

### QUESTIONNAIRE

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript.  Reason: [✓] Daily copy available   [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
    (Description & Dates)

[ ] Trial: _____
    (Description & Dates)

[ ] Sentencing: _____
    (Description & Dates)

[ ] Post-trial proceedings: _____
    (Description & Dates)

I, __Andrew J. Ceresney__, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds   [ ] CJA Form 24

_____[signature]_____                                July 10, 2012
Counsel's Signature                                  Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____          Estimated Number of Pages: _____

Estimated completion date: _____

_____                       _____
Court Reporter's Signature                    Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**

## CERTIFICATE OF SERVICE

I, William C. Weeks, an attorney at law in the State of New York and an associate at the law firm of Debevoise & Plimpton LLP, attorneys for defendant Joel Jesus Morillo, certify:

I am over eighteen (18) years of age. On July 10, 2012, I caused to be served a copy of the Notice of Appeal and Criminal Appeal Transcript Information Form of Joel Jesus Morillo by United States Mail on the Government at the following address:

> Brian Jacobs, Esq.
> Assistant United States Attorney
> Office of the United States Attorney
>   for the Southern District of New York
> One St. Andrew's Plaza
> New York, New York 10007

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 10, 2012

William C. Weeks